# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1364**

**KA 10-00679**

PRESENT: SCUDDER, P.J., CENTRA, CARNI, SCONIERS, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

CASEY A. JEFFERSON, ALSO KNOWN AS CASEY RIGGINS,
DEFENDANT-APPELLANT.

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (JANET C. SOMES OF
COUNSEL), FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (STEPHEN X. O'BRIEN OF
COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Monroe County
(Francis A. Affronti, J.), rendered October 13, 2009. The judgment
convicted defendant, upon his plea of guilty, of robbery in the first
degree.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Entered: December 27, 2013                          Frances E. Cafarell
                                                    Clerk of the Court